**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CASE NO. 19-41135-JMM |
| **DOUGLAS JEROME HARMON**<br>**CHRISTINE RENNA HARMON** | CHAPTER 13 |
| Debtor(s). | |

**TRUSTEE'S RESPONSE TO APPLICATION FOR ATTORNEY'S FEES**

Counsel's Application for Attorney's Fees (docket #38) is:
  ☐ set for hearing on _____.
  ☒ set for negative notice, objections due by May 22, 2020.

1. Relevant case information:
   A. Date case filed ......................................................................... December 5, 2019
   B. Date case dismissed ..................................................................... April 6, 2020
   C. Fees Requested in Debtor(s) plan ……………………………………. $4,000
   D. Funds on hand at dismissal............................................................... $2,178.03
   E. Total fees requested ........................................................................ $1,839
   F. Balance due ………..………………………………………………… $1,839

2. Trustee's recommendation:
   A. ☒ The Trustee has no objection to the proposed attorney's fees subject to trustee's fees.
   B. ☐ The Trustee objects to the proposed application for the following reason(s):
      ☐ The application has not been properly served.
      ☐ The application has not been timely filed.
      ☐ Other:
3. Trustee's Notes:

   WHEREFORE, the Trustee does not object to Counsel's Application for Attorney's Fees subject to the time for objections having passed and trustee's fees.

DATED:  May 16, 2020

                                             /s/  Kathleen McCallister
                                             **Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

**I, HEREBY CERTIFY** that on May 16, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

John O Avery
joa@averylaw.net

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

DOUGLAS and CHRISTINE HARMON
2333 N. PAWNEE LANE
BOISE, ID 83704

　　　　　　　　　　　　　　　　　　　　　　　　  /s/  Kathleen McCallister
　　　　　　　　　　　　　　　　　　　　　　　**Kathleen McCallister, Trustee**