**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Douglas Jerome Harmon**<br>**Christine Renna Harmon** | CASE NO. 19-01424-TLM |

### ORDER ON APPLICATION FOR ATTORNEY'S FEES

**THIS MATTER** coming before the Court on the Application of Holly E. Sutherland for Attorney's fees to be paid in this case that was dismissed or converted prior to confirmation of the Debtor(s)' Plan from funds being held by Chapter 13 Trustee, due notice having been given and Counsel having requested attorney's fees and costs in the amount of $1839 with a balance due of $1839 and Trustee holding sufficient funds to pay the balance due on attorney's fees and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Counsel's request for attorney's fees is hereby approved in the amount of $1839 with a balance due of $1839.  Trustee is authorized to pay said fees from funds on hand on the date of dismissal with the balance of funds on hand to be refunded to the Debtor(s). ~~Said disbursement shall be subject to Trustees fees.~~

DATED:  June 2, 2020

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

[MODIFICATION MADE BY THE COURT AS THE LANGUAGE AND RESULT ARE INCONSISTENT WITH *In re Evans,* 2020 WL 739258 (Bankr. D. Idaho Feb. 13, 2020), and *In re Leal*, 20-00068-TLM.  ORDER OTHERWISE AGREED TO BY THE PARTIES.]

ORDER - 1

/s/_____
Kathleen McCallister, Trustee

/s/_____
Holly E Sutherland, Counsel for the Debtor

**ORDER - 2**