**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **DOUGLAS JEROME HARMON** **CHRISTINE RENNA HARMON** | CASE NO. 19-01424-TLM |

## STATEMENT OF THE ISSUES TO BE PRESENTED

Now comes appellant Kathleen McCallister, Chapter 13 Trustee, who hereby designates the following issues to be presented on appeal, pursuant to Fed. R. Bankr. P. 8009:

1. Whether bankruptcy courts are bound to follow 28 U.S.C. § 586(e)(2)'s plain language that Chapter 13 standing trustees "shall collect" percentage fees "from all payments received ... under plans"—language that contains no exception for payments under Chapter 13 plans that are ultimately dismissed or converted to another chapter before plan confirmation.

2. Whether bankruptcy courts produce a needless statutory conflict by subordinating 28 U.S.C. § 586(e)(2) to 11 U.S.C. § 1326(a)(2), which directs Chapter 13 standing trustees to "return ... payments" if "a plan is not confirmed"—language that does not define "payment" to include percentage fees that a trustee "shall collect" under § 586(e)(2).

3. Whether the bankruptcy court's February 13, 2020 decision in *In re Evans*, No. 19-40193-JMM, 2020 WL 739258 (Bankr. D. Idaho) bars standing trustees in all Chapter 13 cases from statutorily-required collection of percentage fees on court-ordered disbursements.

4. Whether bankruptcy courts may strike from a proposed order in a Chapter 13 case language agreed to by the debtors and standing trustee allowing the trustee to collect percentage fees on the trustee's disbursement of attorney's fees to debtors' counsel.

5. Any issues arising from (or related to) the above-stated issues.

Dated: July 20, 2020                    **By:** /s/ Kathleen McCallister

                                        **Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 20, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Holly E Sutherland
Attorney at Law
holly@averylaw.net

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

DOUGLAS JEROME HARMON
CHRISTINE RENNA HARMON
2333 N. PAWNEE LANE
BOISE, ID 83704


          /s/  Kathleen McCallister
**Kathleen McCallister**